UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2022 JUN -9 P 12: 55
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| ALONZO WARE HENDERSON | ) | Prohibited Person |

CR122-0054

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 7, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

**ALONZO WARE HENDERSON,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Smith and Wesson .22 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, **ALONZO WARE HENDERSON,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Smith and Wesson .22 caliber pistol, S/N B58256.

A True Bill.

F̱

_____
David H. Estes
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel